**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Michael Digby, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:16-cv-01936-ELR |
| v. | ) | |
| | ) | |
| Comenity Bank, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SETTLEMENT AS TO COMENITY BANK**

Plaintiff, Michael Digby, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Comenity Bank, ("Comenity"). Plaintiff and Comenity anticipate needing approximately 45 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Comenity. Accordingly, Plaintiff respectfully submits that this obviates the need for Comenity to file an Answer or make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 25th day of July, 2016.

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will timely notify the Court.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
Fax (404) 235-3333

*Plaintiff's Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663

*Plaintiff's Attorney*